STATE OF NEW JERSEY v. WALTER CHANEY.

January 31, 1978. Petition for certification denied.

MIRIAM H. HUTCHINSON v. DAMIN CORP.

January 31, 1978. Petition for certification denied. (See 154 *N. J. Super.* 360)

STATE OF NEW JERSEY v. MICHAEL GUIBILO.

January 31, 1978. Petition for certification denied.

MARTHA WEATHERS v. HARTFORD INSURANCE GROUP.

January 31, 1978. Petition for certification granted. (See 153 *N. J. Super.* 563)

STATE OF NEW JERSEY v. NATHANIEL WALKER.

January 31, 1978. Petition for certification granted.

PAUL TIGER v. NEW JERSEY INVESTORS.

January 31, 1978. Petition for certification denied.